# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSIE SOE, ET AL.

VERSUS

THE LOUISIANA STATE BOARD OF
MEDICAL EXAMINERS, ET AL.

NO.   2025 CW 0950

**OCTOBER 21, 2025**

---

In Re:   Liz Murrill, in her official capacity as Attorney
         General, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 751385.

---

**BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.**

   **STAY DENIED; WRIT NOT CONSIDERED.** The district court set a
return date of September 23, 2025 for the filing of this writ
application. Relator's writ application was not filed with this
court until September 25, 2025. An application not filed in the
Court of Appeal within the time so fixed or extended shall not be
considered, in the absence of a showing that the delay in filing
was not due to the applicant's fault. See Uniform Rules of
Louisiana Courts of Appeal, Rule 4-3. Relator has failed to show
the delay was not due to relator's fault.

   Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

                         **MRT**
                         **AHP**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT